UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:16-25244-cv-KMM

DOUG LONGHINI,

    Plaintiff,

v.

PALMETTO OFFICE PARK, INC.,
a Florida Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendant, PALMETTO OFFICE PARK, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' confidential settlement agreement ("**Agreement**"), hereby stipulate and agree to the dismissal with prejudice of this action, and in support thereof state, as follows:

1. This case has been amicably settled and a Settlement Agreement has been executed by all parties to the action.

2. The parties request that the Court enter an Order of Dismissal with Prejudice.

Stipulated this 18th day of April, 2017.

/s/ *Anthony J. Perez*
Anthony J. Perez, Esq.
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Ph (305)553- 3464
Fax (305)271-0467
Emails: ajperezlaw@gmail.com
agmlaw@bellsouth.net
mpomares@lawgmp.com

/s/ *Raul Gastesi,*
Raul Gastesi, Jr., Esq.
Fla. Bar No. 825778
GASTESI & ASSOCIATES, P.A.
8105 N.W. 155TH Street
Miami Lakes, FL 33016
Telephone (305) 818-9993
Facsimile (305) 818-9997
Primary Email: rgastes@gastesi.com

*Attorneys for Plaintiff*              *Attorney for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 18th day of April, 2017.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155

By: /s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451